Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Acting Associate Regional Solicitor
**Susan Seletsky**, Attorney (CSBN #176106)
Office of the Solicitor (Sol# 0818292)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
         Telephone: (213) 894-4983
         Facsimile:  (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Plaintiff

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE L. CHAO**,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>          Plaintiff,<br><br>     v.<br><br>**JOSE MARTINEZ TREE SERVICE, INC.**<br>  A California corporation; and,<br>**JOSE L. GUERRERO,** Individually and as<br>  Managing Agent of the Corporate Defendant,<br><br>          Defendants. | Case No. SA CV 08-997 AHS MLGx<br><br><br><br><br>**CONSENT JUDGMENT** |

Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Secretary"), and Defendants, Jose Martinez Tree Service, Inc., a California corporation, and Jose L. Guerrero, individually and as managing agent of the corporate Defendant (collectively, "Defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

A.   The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as

amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5).

    B.    Defendants have appeared and (after having been advised by Plaintiff of the right to retain the assistance of defense counsel) acknowledge receipt of a copy of the Secretary's Complaint.

    C.    Defendants waive issuance and service of process and waive answer and any defenses to the Secretary's Complaint.

    D.    The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

    E.    Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(2) and 215(a)(5), in any of the following manners:

    1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

    2. Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such

access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3. Defendants, jointly and severally, shall not continue to withhold the payment of $ 140,804.41, in overtime pay hereby found to be due under the FLSA to 41 employees as a result of their employment by Defendants during the period of March 27, 2005 through November 18, 2006. The attached Exhibit 1 sets forth the name of each employee, the period of employment covered by this Consent Judgment, and the gross backwages due to each.

4. Defendants shall pay the backwages, plus 5% annual interest on the outstanding balance starting from September 20, 2008 until the monetary provisions of this Judgment are paid in full, according to the payment schedule shown on the attached Exhibit 2. Each payment shall be made by a certified or cashier's check or money order with "Martinez Tree Service" and "BWs + Interest" written on each, payable to the order of the "Wage & Hour Div., Labor." The payments shall be delivered to Plaintiff's authorized representatives by personal delivery or Certified Mail, Return Receipt Requested, at:

U.S. Department of Labor, Wage and Hour Division,

Attn: Eduardo Huerta

770 The City Drive South, Suite 5710,

Orange, CA 92868,

on or before the date the payment is due.

    a. In the event of any default in the timely making of any of the payments specified herein, the full amount under the backwage provisions of this Judgment which then remains unpaid, plus interest at the rate of ten percent (10%) per year, from the date of entry of this Judgment until the full amount of this Judgment is

1  paid in full, shall become due and payable upon the Secretary's sending by ordi-
2  nary mail a written demand to the last business address of the Defendants then
3  known to the Secretary;

4      b. There will be no pre-payment penalty in the event the Defendants pay
5  the full amounts due under the monetary provisions of this Judgment prior to the
6  dates set forth above; and it is further

7  ORDERED that Defendants, in addition, agree to the imposition of a civil money
8  penalty in the amount of $7,667.00, pursuant to FLSA Section 16(e), 29 U.S.C. § 216(e)
9  and consistent with 29 C.F.R. Part 580. Payment of the civil money penalty shall be de-
10 livered to the Plaintiff's representative at the same address as set forth above. Payment
11 shall made by certified or cashier's check or money order, with "Martinez Tree Service"
12 and "CMPs" written thereon, payable to the order of the "Wage & Hour Div-Labor" on
13 the dates and in the amounts set forth in the Installment Payment Schedule attached as
14 Exhibit 2; and it is further

15 ORDERED that the Secretary shall allocate and distribute the remittances, or the
16 proceeds thereof, to the persons named in the attached Exhibit 1, or to their estates if that
17 be necessary, in her sole discretion, and any money not so paid within a period of three
18 years from the date of its receipt, because of an inability to locate the proper persons or
19 because of their refusal to accept it, shall be deposited in the Treasury of the United
20 States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c); and, it is further

21 ORDERED that the filing, pursuit, and/or resolution of this proceeding with the
22 entry of this Judgment shall not act as or be asserted as a bar to any action under FLSA
23 § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1 nor
24 as to any employee named on the attached Exhibit 1 for any period not specified therein;
25 and, it is further

26 ORDERED that each party shall bear its own fees and other expenses incurred by
27 such party in connection with any stage of this proceeding, including but not limited to
28 attorneys' fees, which may be available under the Equal Access to Justice Act, as

amended; and, it is further

ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: September 24, 2008

ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT COURT JUDGE

For the Defendants:

Each Defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

For: JOSE MARTINEZ TREE SERVICE, INC.

By: _____  09-04-06
JOSE L. GUERRERO              Date

Its: _____
President

_____       09-04-06
JOSE L. GUERRERO              Date

For the Plaintiff:

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DANIEL J. CHASEK
Acting Associate Regional Solicitor

_____       Sept. 5, 2008
SUSAN SELETSKY, Attorney      Date
Attorneys for the Plaintiff

Consent Judgment (Sol #0818292)                                    Page 5 of 9

Exhibit 1

| LAST NAME | FIRST NAME | PERIOD | COVERED | GROSS BACKWAGES |
|---|---|---|---|---|
| Aguilar | Jose | 03/27/2005 | 07/02/2005 | $ 1,347.39 |
| Aguilar | Miguel | 03/27/2005 | 03/10/2006 | 4,054.53 |
| Aguilar | Ramiro | 01/13/2006 | 10/27/2006 | 3,271.25 |
| Aparicio | Rodolfo | 06/25/2005 | 07/02/2005 | 192.48 |
| Aparicio | Juan | 10/01/2005 | 06/23/2006 | 2,805.23 |
| Aparicio | Miguel | 10/01/2005 | 09/20/2006 | 4,203.35 |
| Blancas | Carlos | 03/27/2005 | 05/21/2005 | 754.75 * |
| Corona | Amador | 06/18/2005 | 07/09/2005 | 384.97 |
| Diaz | Jose M. | 03/27/2005 | 12/17/2005 | 3,000.08 |
| Felipe | Luis | 03/27/2005 | 11/19/2005 | 3,022.18 |
| Franco | Antonio | 03/27/2005 | 10/27/2006 | 5,477.01 |
| Garcia | Emilio | 12/03/2005 | 01/07/2006 | 369.43 |
| Gonzalez | Armando | 03/27/2005 | 06/23/2006 | 5,206.26 |
| Gonzalez | Gustavo | 03/27/2005 | 06/23/2006 | 6,843.33 |
| Guerrero | David | 03/27/2005 | 10/27/2006 | 6,242.42 |
| Guerrero | Isidoro | 03/27/2005 | 10/27/2006 | 6,293.14 |
| Guerrero | Jose | 03/27/2005 | 10/27/2006 | 7,062.78 |
| Hernandez | Vicente | 04/02/2005 | 10/22/2005 | 2,813.10 |
| Lopez | Mario | 03/27/2005 | 03/10/2006 | 4,000.76 |
| Luna | Jorge S. | 03/27/2005 | 06/23/2006 | 2,064.53 |
| Luna | Jose | 03/27/2005 | 05/26/2006 | 5089.67 |
| Macias | Candelario | 03/27/2005 | 08/01/2006 | 6,586.63 |
| Macias | Santos | 03/27/2005 | 08/01/2006 | 6,982.14 |
| Marquez | Jose | 03/27/2005 | 10/27/2006 | 3,932.85 |

| LAST NAME | FIRST NAME | PERIOD | COVERED | GROSS BACKWAGES |
|---|---|---|---|---|
| Martinez | Ignacio | 03/27/2005 | 10/27/2006 | $ 4,487.61 |
| Meneses | Freddy Y. | 03/27/2005 | 01/13/2006 | 1,976.47 |
| Munoz | Juan P. | 03/27/2005 | 10/08/2005 | 2,657.70 |
| Navarro | Francisco | 04/22/2006 | 06/23/2006 | 962.42 |
| Parga | Maria | 08/06/2005 | 06/23/2006 | 323.26 |
| Pineda | William | 03/27/2005 | 05/26/2006 | 3,659.07 |
| Renteria | Omar | 03/27/2005 | 06/23/2006 | 4,774.34 |
| Rivera | Ricardo | 10/08/2005 | 10/27/2006 | 3,083.18 |
| Rodriguez | Daniel A. | 02/17/2006 | 08/10/2006 | 2,149.65 |
| Sanchez | Esteban | 03/27/2005 | 10/27/2006 | 6,111.18 |
| Saucedo | Francisco | 03/27/2005 | 05/21/2005 | 633.25 |
| Saucedo | Jose | 03/27/2005 | 10/27/2006 | 6,952.54 |
| Serrato | Eliasol | 03/27/2005 | 04/26/2005 | 288.73 |
| Valenzuela | Cesar | 03/27/2005 | 08/01/2006 | 4,406.43 |
| Valenzuela | Jesus | 06/04/2005 | 12/17/2005 | 2,416.56 |
| Valenzuela | Julian | 03/27/2005 | 12/24/2005 | 3,344.31 |
| Vasquez | Ramiro | 03/27/2005 | 05/07/2005 | 577.45 |

Exhibit 2

Payment Schedule – Jose Martinez Tree Service, Inc.

**INSTALLMENT PAYMENT SCHEDULE – Back Wages**

| PAYMENT DUE DATE | BACKWAGE PRINCIPAL DUE | BACKWAGE INTEREST DUE | CIVIL PENALTY DUE | TOTAL DUE |
|---|---|---|---|---|
| 09/30/2008 | $ 8,945.36 | $ 503.35 | $ 2,555.66 | $ 12,004.37 |
| 10/31/2008 | 8,954.85 | 493.86 | 2,555.66 | 12,004.37 |
| 11/30/2008 | 8,964.39 | 484.32 | 2,555.66 | 12,004.37 |
| 12/31/2008 | 2,307.29 | 474.75 | 0 | 2,782.04 |
| 01/31/2009 | 2,316.90 | 465.14 | 0 | 2,782.04 |
| 02/28/2009 | 2,326.56 | 455.48 | 0 | 2,782.04 |
| 03/31/2009 | 2,336.25 | 445.79 | 0 | 2,782.04 |
| 04/30/2009 | 2,345.99 | 436.05 | 0 | 2,782.04 |
| 05/31/2009 | 2,355.76 | 426.28 | 0 | 2,782.04 |
| 06/30/2009 | 2,365.58 | 416.46 | 0 | 2,782.04 |
| 07/31/2009 | 2,375.43 | 406.61 | 0 | 2,782.04 |
| 08/31/2009 | 2,385.33 | 396.71 | 0 | 2,782.04 |
| 09/30/2009 | 2,395.27 | 386.77 | 0 | 2,782.04 |
| 10/31/2009 | 2,405.25 | 376.79 | 0 | 2,782.04 |
| 11/30/2009 | 2,415.27 | 366.77 | 0 | 2,782.04 |
| 12/31/2009 | 2,425.34 | 356.70 | 0 | 2,782.04 |
| 01/31/2010 | 2,435.44 | 346.60 | 0 | 2,782.04 |
| 02/28/2010 | 2,445.59 | 336.45 | 0 | 2,782.04 |
| 03/31/2010 | 2,455.78 | 326.26 | 0 | 2,782.04 |
| 04/30/2010 | 2,466.01 | 316.03 | 0 | 2,782.04 |
| 05/31/2010 | 2,476.29 | 305.75 | 0 | 2,782.04 |
| 06/30/2010 | 2,486.60 | 295.44 | 0 | 2,782.04 |
| 07/31/2010 | 2,496.97 | 285.07 | 0 | 2,782.04 |

| PAYMENT DUE DATE | BACKWAGE PRINCIPAL DUE | BACKWAGE INTEREST DUE | CIVIL PENALTY DUE | TOTAL DUE |
|---|---|---|---|---|
| 08/31/2010 | $ 2,507.37 | $ 274.67 | 0 | $ 2,782.04 |
| 09/30/2010 | 2,517.82 | 264.22 | 0 | 2,782.04 |
| 10/31/2010 | 2,528.31 | 253.73 | 0 | 2,782.04 |
| 11/30/2010 | 2,538.84 | 243.20 | 0 | 2,782.04 |
| 12/31/2010 | 2,549.42 | 232.62 | 0 | 2,782.04 |
| 01/31/2011 | 2,560.04 | 222.00 | 0 | 2,782.04 |
| 02/28/2011 | 2,570.71 | 211.33 | 0 | 2,782.04 |
| 03/31/2011 | 2,581.42 | 200.62 | 0 | 2,782.04 |
| 04/30/2011 | 2,592.18 | 189.86 | 0 | 2,782.04 |
| 05/31/2011 | 2,602.98 | 179.06 | 0 | 2,782.04 |
| 06/30/2011 | 2,613.82 | 168.22 | 0 | 2,782.04 |
| 07/31/2011 | 2,624.72 | 157.32 | 0 | 2,782.04 |
| 08/31/2011 | 2,635.65 | 146.39 | 0 | 2,782.04 |
| 09/30/2011 | 2,646.63 | 135.41 | 0 | 2,782.04 |
| 10/31/2011 | 2,657.66 | 124.38 | 0 | 2,782.04 |
| 11/30/2011 | 2,668.73 | 113.31 | 0 | 2,782.04 |
| 12/31/2011 | 2,679.85 | 102.19 | 0 | 2,782.04 |
| 01/31/2012 | 2,691.02 | 91.02 | 0 | 2,782.04 |
| 02/29/2012 | 2,702.23 | 79.81 | 0 | 2,782.04 |
| 03/31/2012 | 2,713.49 | 68.55 | 0 | 2,782.04 |
| 04/30/2012 | 2,724.80 | 57.24 | 0 | 2,782.04 |
| 05/31/2012 | 2,736.15 | 45.89 | 0 | 2,782.04 |
| 06/30/2012 | 2,747.55 | 34.49 | 0 | 2,782.04 |
| 07/31/2012 | 2,759.00 | 23.04 | 0 | 2,782.04 |
| 08/31/2012 | 2,770.53 | 11.54 | 0 | 2,782.07 |